# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JIMMY SULLIVAN, | ) |
|             Plaintiff, | ) |
| v. | ) Case No.: 1:20-cv-00247-DCLC-HBG |
| C.R. BARD, INC., ET AL., | ) |
|             Defendants. | ) |

## DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.4(f), attorneys Shane G. Ramsey and Woods Drinkwater (collectively, "Substituted Counsel") of Nelson Mullins Riley & Scarborough LLP move to substitute as counsel of record for Defendants C.R. Bard Incorporated, Bard Peripheral Vascular Incorporated, and McKesson Corporation (collectively, the "Defendants"). This motion is preceded by the notice of appearance of Substituted Counsel. [ECF Nos. 31, 32.] Substituted Counsel is aware of all pending motions, deadlines, and hearings. Accordingly, there will be no interruption of representation to Defendants.

Contemporaneously with the substitution of counsel, Substituted Counsel requests that predecessor counsel, Melissa Dorman Matthews and Jordan E. Jarreau of Hartline Barger LLP, be permitted to withdraw as counsel from this matter.

Dated September 17, 2020.   Respectfully submitted,

                                        By:   */s/ Woods Drinkwater*
                                                   Shane G. Ramsey (BPRN 35528)
                                                   Woods Drinkwater (BPRN 33838)
                                                   NELSON MULLINS RILEY &
                                                   SCARBOROUGH LLP
                                                   One Nashville Place, Suite 1100
                                                   150 Fourth Avenue, North
                                                   Nashville, TN 37219

Phone: (615) 664-5307
Email: shane.ramsey@nelsonmullins.com
Email: woods.drinkwater@nelsonmullins.com

*/s/ Melissa Dorman Matthews with permission*
Melissa Dorman Matthews
Jordan E. Jarreau
Hartline Barger LLP
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
Tel: (214) 369-2100
Email: mmatthews@hartlinebarger.com
Email: jjarreau@hartlinebarger.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by filing with the Court's CM/ECF system, which provides notice by email to all counsel of record, including:

Eric Martin Przybysz
Steven Scott Schulte
Fears Nachawati Law Firm
5473 Bair Rd
Dallas, TX 75231

Darren McDowell
Simon Eddins & Greenstone LLP
3232 McKinney Ave
Suite 610
Dallas, TX 75204

Melissa Dorman Matthews
Jordan E. Jarreau
Hartline Barger LLP
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231

Dated September 17, 2020.   */s/ Woods Drinkwater*
Woods Drinkwater